UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

RUTH E. PRATT,

                    Plaintiff,

   -against-                                       7:06-CV-551 (LEK/DRH)

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                    Defendant.

## DECISION AND ORDER

This matter comes before the Court following a Report-Recommendation filed on April 28, 2008, by the Honorable David R. Homer, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York. Report-Rec. (Dkt. No. 9).

Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1. No objections have been raised in the allotted time with respect to Judge Homer's Report-Recommendation. Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 9) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that the decision denying disability benefits is **VACATED** and this matter

1

**REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g)[1] for further proceedings; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all.

**IT IS SO ORDERED**.

DATED:        June 26, 2008
              Albany, New York

_____
HONORABLE LAWRENCE E. KAHN
United States District Judge

---

[1] Sentence four reads "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g).